■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAHID RASHAD, Appellant. [987 NYS2d 852]—Order, Supreme Court, New York County (William A. Wetzel, J.), entered on or about August 6, 2007, which adjudicated defendant a level three sexually violent offender under the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

The court properly exercised its discretion in finding defendant a level three risk, based on his extensive criminal history, including the seriousness of a prior conviction involving the death of one victim and serious injury to another, and of the underlying sex crime, which involved choking the victim until

she was unconscious and multiple sexual acts. These aggravating factors were not adequately accounted for in the risk assessment instrument (*see e.g. People v Jardin*, 57 AD3d 229 [1st Dept 2008], *lv denied* 12 NY3d 703 [2009]), and, as a result, there was no improper double counting. Concur—Tom, J.P., Moskowitz, Manzanet-Daniels, Feinman and Gische, JJ.